1

JASON FRIERSON
United States Attorney

2

Nevada Bar No. 7709
MEGAN RACHOW

3

Nevada Bar No. 8231
Assistant United States Attorney

4

400 South Virginia, Suite 900
Reno, Nevada 89501

5

Phone: (775) 784-5438
Megan.Rachow@usdoj.gov

6

*Representing the United States of America*

```
         ____  FILED       ____ RECEIVED
         ____  ENTERED     ____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

                   OCT - 3 2024

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9

UNITED STATES OF AMERICA,

Plaintiff,

10

11

vs.

JULIAN RICKER,

12

Defendant.

13

14

Case No.:   **3:24-cr-00033-ART-CLB**

INDICTMENT FOR VIOLATION OF:

18 U.S.C. §§ 842(h) and 844(a)(1)–
Possession of Stolen Explosives (Count One).

15

THE GRAND JURY CHARGES THAT:

16

COUNT ONE
Possession of Stolen Explosives
(18 U.S.C. §§ 842(h) and 844(a)(1))

17

18

On or about August 1, 2024, in the State and Federal District of Nevada, the

19

defendant,

20

JULIAN RICKER,

21

defendant herein, knowingly possessed stolen explosive material, to wit: four Orica Pentex

22

SB10 boosters bearing date shift code 05FE24W1, which had been shipped and transported

23

in interstate commerce, knowing and having reasonable cause to believe that the explosive

24

1    materials were stolen, all in violation of Title 18, United States Code, Sections 842(h), and

2    844(a)(1).

3    **DATED:** this 3rd day of October, 2024.

4                                                          **A TRUE BILL:**

5

6                                                          _____
                                                           FOREPERSON OF THE GRAND JURY

7    JASON M. FRIERSON
     United States Attorney

8

9

10   MEGAN RACHOW
     Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24