**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00033-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| JULIAN RICKER, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between TODD BLANCHE, Acting Attorney General, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for JULIAN RICKER, that deadline to file any and all pretrial motions and notices of defense be extended from May 22, 2026 to **May 29, 2026.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **June 12, 2026**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **June 22, 2026**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of July 28, 2026 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED 14th day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By:/s/ Kate Berry_____

KATE BERRY
Assistant Federal Public Defender
Counsel for JULIAN RICKER

By:/s/Randloph J. St. Clair_____

RANDOLPH J. ST. CLAIR
Assistant United States Attorney
Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this 15th day of May, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE