**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

JULIAN RICKER,

               Defendant.

3:24-cr-00033-ART-CLB

**ORDER GRANTING ECF No. 33**

IT IS THEREFORE ORDERED that the government's deadline to file a response to the Defendant's Motion to Suppress Physical Evidence [ECF No. 31] be extended to **Monday, June 22, 2026,** and the subsequent deadline for the Defendant's Reply be extended to **Monday, June 29, 2026**.

DATED this 5th day of June 2026.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3